# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# (BALTIMORE DIVISION)

| | |
|---|---|
| NEHA SINGH and SANDRA COX, JORDAN LYNTON, JAMES GREENSPAN, and MARIUSZ OZMINKOWSKI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENOVO (UNITED STATES) INC.,<br><br>Defendant. | CIVIL No. 1:20-cv-01082-CCB |

## JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

Plaintiffs Neha Singh, Sandra Cox, Jordan Lynton, James Greenspan, and Mariusz Ozminkowski (collectively, the "Plaintiffs"), on the one hand, and Defendant Lenovo (United States) Inc. ("Defendant") (inclusively, the "Parties"), on the other hand, by and through their respective counsel of record, hereby respectfully submit this joint stipulation for dismissal pursuant to Federal Rule of Civil Procedure Section 41(a)(1)(A)(ii), in consideration of a confidential negotiated individual settlement executed by them.

The Dismissal shall include the dismissal of any and all of the Plaintiffs' individual claims in this Action with prejudice. The Dismissal shall also include the dismissal of any and all class claims without prejudice.

Each Party shall bear their own attorneys' fees and costs, except for as explicitly set forth in the Parties' confidential negotiated settlement agreement.

1

Dated:  November 28, 2022

| | |
|---|---|
| */s/ James P. Ulwick* | */s/ Christina N. Goodrich* |
| James P. Ulwick (Fed. Bar No. 00536) | David B. Hamilton (Fed Bar No. 04308) |
| **KRAMON & GRAHAM, P.A.** | Hillary V. Colonna (Fed Bar No. 19704) |
| One South Street, Suite 2600 | **Womble Bond Dickinson (US) LLP** |
| Baltimore, Maryland 21202 | 100 Light Street, 26th Floor |
| (410) 752-6030 | Baltimore, Maryland 21202 |
| (410) 539-1269 (facsimile) | (410) 545-5850 |
| julwick@kg-law.com | (410) 545-5801 (facsimile) |
| | david.hamilton@wbd-us.com |
| | hillary.colonna@wbd-us.com |
| Daniel O. Herrera | |
| Christopher P.T. Tourek | |
| **CAFFERTY CLOBES** | Christina N. Goodrich |
| **MERIWETHER & SPRENGEL LLP** | Daniel J. Stephenson |
| 150 South Wacker Drive, Suite 3000 | Zachary T. Timm |
| Chicago, Illinois 60606 | **K&L Gates LLP** |
| (312)782-4880 | 10100 Santa Monica Boulevard, 8th Floor |
| (312)782-7785 (facsimile) | Los Angeles, California 90067 |
| dherrera@caffertyclobes.com | (310) 552-5547 |
| ctourek@caffertyclobes.com | (310) 552-5001 (facsimile) |
| | christina.goodrich@klgates.com |
| Joseph G. Sauder | dan.stephenson@klgates.com |
| Joseph B. Kenney | zach.timm@klgates.com |
| **SAUDER SCHELKOPF LLC** | |
| 1109 Lancaster Avenue | *Counsel for Defendant Lenovo (United States) Inc.* |
| Berwyn, Pennsylvania 19312 | |
| (888)-711-9975 | |
| (610) 421-1326 (facsimile) | |
| jgs@sstriallawyers.com | |
| mds@sstriallawyers.com | |
| jbk@sstriallawyers.com | |
| | |
| *Counsel for the Plaintiffs* | |

IT IS SO ORDERED.

By: _____
    Honorable Catherine C. Blake
    United States District Judge

3