# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# (BALTIMORE DIVISION)

| | |
|---|---|
| NEHA SINGH and SANDRA COX, JORDAN LYNTON, JAMES GREENSPAN, and MARIUSZ OZMINKOWSKI, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>LENOVO (UNITED STATES) INC.,<br><br>    Defendant. | CIVIL No. 1:20-cv-01082-CCB |

## JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

Plaintiffs Neha Singh, Sandra Cox, Jordan Lynton, James Greenspan, and Mariusz Ozminkowski (collectively, the "Plaintiffs"), on the one hand, and Defendant Lenovo (United States) Inc. ("Defendant") (inclusively, the "Parties"), on the other hand, by and through their respective counsel of record, hereby respectfully submit this joint stipulation for dismissal pursuant to Federal Rule of Civil Procedure Section 41(a)(1)(A)(ii), in consideration of a confidential negotiated individual settlement executed by them.

The Dismissal shall include the dismissal of any and all of the Plaintiffs' individual claims in this Action with prejudice. The Dismissal shall also include the dismissal of any and all class claims without prejudice.

Each Party shall bear their own attorneys' fees and costs, except for as explicitly set forth in the Parties' confidential negotiated settlement agreement.

IT IS SO ORDERED.

Date: <u>1/18/2023</u>    By: _____/s/_____
                               Honorable Catherine C. Blake
                               United States District Judge